**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Richard Robinson, Louis Rogers, Matthew Herbert, Andre Holt, David Freeze, Kelly Brown, David Nelson, Ronald Doyle and Richard Holston, individually and on behalf of all others similarly situated, | Civil No. 08-5779 (RHK/AJB) |
| Plaintiffs, | **ORDER FOR DISMISSAL OF DEFENDANT BRIAN LOEFFELHOLZ WITH PREJUDICE AND TO AMEND THE CAPTION** |
| vs. | |
| The County of Ramsey, | |
| and | |
| Jeff Allen, Mary Clausen, Audrey Darling, Nancy Mattson, Julie Nelson, Kristin Nelson, Jeanne Schumaker, Colette Thill, Patti Vodinlich, John Doe, and Richard Roe, Acting in their individual and official capacities, and Al Carlson, acting in his individual and official capacity, | |
| Defendants. | |

_____

Based upon the Stipulation of the parties (Doc. No. 82), **IT IS ORDERED** that Defendant Brian Loeffelholz is **DISMISSED WITH PREJUDICE** from this action, without attorneys' fees or costs to any of the parties and that the caption is amended as reflected above.

Dated: March 3, 2010

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge