# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Richard Robinson, Louis Rogers, Matthew Herbert,  Civil No. 08-5779 (RHK/AJB)
Andre Holt, David Freeze, Kelly Brown,
David Nelson, Ronald Doyle and
Richard Holston, individually and on behalf of
all others similarly situated,

      Plaintiffs,     **ORDER FOR DISMISSAL**
              **OF DEFENDANT KRISTIN**
 vs.           **NELSON WITH PREJUDICE**
              **AND TO AMEND THE**
The County of Ramsey,      **CAPTION**

and

Jeff Allen, Mary Clausen, Audrey Darling,
Nancy Mattson, Julie Nelson, Jeanne Schumaker,
Colette Thill, Patti Vodinlich, John Doe, and
Richard Roe, Acting in their individual and official
capacities, and Al Carlson, acting in his individual
and official capacity,

      Defendants.

_____

   Based upon the Stipulation of the parties (Doc. No. 88), **IT IS ORDERED** that

Defendant Kristin Nelson is **DISMISSED WITH PREJUDICE** from this action,

without attorneys' fees or costs to any of the parties and that the caption is amended as

reflected above.

Dated:  March 8, 2010

       s/Richard H. Kyle_____
       RICHARD H. KYLE
       United States District Judge