# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Richard Robinson, Matthew Herbert, Andre Holt, David Freeze, Kelly Brown, David Nelson, Ronald Doyle and Richard Holston, individually and on behalf of all others similarly situated, | Civil No. 08-5779 (RHK/AJB) |
| Plaintiffs, | ORDER FOR DISMISSAL OF ALL DEFENDANTS, EXCEPT FOR THE COUNTY OF RAMSEY, WITHOUT PREJUDICE AND FOR DISMISSAL OF PLAINTIFF LOUIS ROGERS WITH PREJUDICE |
| vs. | |
| The County of Ramsey, | |
| Defendant. | |

_____

Based upon the Stipulation of the parties (Doc. No. 100), **IT IS ORDERED** that Defendants Jeff Allen, Mary Clausen, Audrey Darling, Nancy Mattson, Julie Nelson, Jeanne Schumaker, Colette Thill, Patti Vodinlich, John Doe, Richard Roe, and Al Carlson are **DISMISSED WITHOUT PREJUDICE** from the action and Plaintiff Louis Rogers is **DISMISSED WITH PREJUDICE**, all without attorneys' fees or costs to any of the parties. The case caption is amended as reflected above.

Dated: May 7, 2010

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge